BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  dbrome@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>GEO GROUT, INC.,<br><br>Defendant. | No. 13-04322-SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs, The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California (hereinafter "Trust Funds" or "Plaintiffs"), by and through their undersigned counsel, and

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO. CV-13-4322-SI

1  Defendant, Geo Grout, Inc. (hereinafter referred to as "Defendant"), by and through the
2  undersigned counsel, hereby respectfully request that the Case Management Conference currently
3  scheduled for January 17, 2014 at 2:30pm be continued for 30 days.
4      The parties have been actively engaged in settlement negotiations in this matter, and are
5  finalizing a written settlement agreement.  The parties are confident they will be able to fully
6  resolve this matter prior to any rescheduled Case Management Conference.  Once the agreement
7  is finalized, the parties will submit a Notice of Settlement; any further dates may be vacated at
8  that time.  Accordingly, the parties respectfully request that the January 17, 2014 Case
9  Management Conference be continued for thirty days.

Dated: January 9, 2014

                SIMPSON, GARRITY, INNES & JACUZZI
                A Professional Corporation

                By:_____*/s/ Paul Simpson*_____
                    PAUL SIMPSON
                    Attorneys for Defendant

Dated: January 9, 2014

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

                By:__*/s/ Daniel S. Brome*_____
                    DANIEL S. BROME
                    Attorneys for Plaintiffs

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO. CV-13-4322-SI

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation to Continue Case Management Conference, the Court orders the continuance of the January 14, 2014 Case Management Conference for thirty (30) days, or as soon thereafter as a court date is available. In addition, the Court Orders:

The initial case management conference is continued to Friday, Feb. 28, 2014.

Dated: 1/13/14

_____
The Honorable Susan Illston
United States District Court Judge

134821/747884

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO. CV-13-4322-SI