BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: dbrome@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>GEO GROUT, INC.,<br><br>Defendant. | No. 13-04322-SI<br><br>**STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

The parties hereto hereby stipulate and agree as follows:

1. Plaintiffs, The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California (hereinafter "Trust Funds" or "Plaintiffs"),

have brought the above-captioned action against Defendant Geo Grout, Inc. (hereinafter referred to as "Defendant"). Plaintiffs sought payment of unpaid fringe benefit contributions, liquidated damages, and interest. Plaintiffs are also seeking all attorneys' fees, costs, and other reasonable expenses incurred in connection with this action. The parties are desirous of settling this action and as such, the parties hereby stipulate and agree to settle this action under the following terms:

2. Defendant agrees to have judgment entered against it as follows:

   a. Judgment shall be entered against Defendant and in favor of Plaintiffs in the amount of $185,306.51, comprised of $158,266.11 in unpaid contributions; $21,928.06 in interest and liquidated damages; and $5,112.34 in attorneys' fees and costs.

   b. Plaintiffs are entitled pursue to all legal remedies to collect this judgment, including, but not limited to, the filing of liens against any litigation in which Defendant is a party. Interest of 10% per annum will accrue on the outstanding amounts owed under the settlement agreement from the date of entry of the stipulated judgment.

3. The parties further acknowledge that by entering into this stipulation, the Trust Funds in no way waive their right to conduct an audit for the period of time covered by this action or to seek payment of any additional amounts from Defendant if it is discovered that additional unpaid contributions, which are unknown to Plaintiffs at the time of entering into this stipulation, are due and owing.

4. Nothing in this Stipulation will alter Defendant's ongoing obligations under the collective bargaining agreement, including Defendant's obligations to submit all fringe benefit contributions to the Trust Funds in a timely manner.

5. If Plaintiffs consult legal counsel with respect to the enforcement of this Judgment, there shall be added to Defendant's obligation under a modification to this Stipulation for Entry of Judgment reasonable attorneys' fees, court costs and all other reasonable expenses incurred by Plaintiffs in connection with such suit or claim, including any and all appellate proceedings therein. The parties stipulate to this Court's continuing jurisdiction, and agree that Plaintiffs may

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER
CASE NO. CV-13-4322-SI

1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  DANIEL S. BROME, Bar No. 278915
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone (510) 337-1001
5  Fax (510) 337-1023
   E-Mail: dbrome@unioncounsel.net

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>GEO GROUT, INC.,<br><br>Defendant. | No. 13-04322-SI<br><br>**STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

The parties hereto hereby stipulate and agree as follows:

1. Plaintiffs, The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California (hereinafter "Trust Funds" or "Plaintiffs"),

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER
CASE NO. CV-13-4322-SI

have brought the above-captioned action against Defendant Geo Grout, Inc. (hereinafter referred to as "Defendant"). Plaintiffs sought payment of unpaid fringe benefit contributions, liquidated damages, and interest. Plaintiffs are also seeking all attorneys' fees, costs, and other reasonable expenses incurred in connection with this action. The parties are desirous of settling this action and as such, the parties hereby stipulate and agree to settle this action under the following terms:

    2. Defendant agrees to have judgment entered against it as follows:

        a. Judgment shall be entered against Defendant and in favor of Plaintiffs in the amount of $185,306.51, comprised of $158,266.11 in unpaid contributions; $21,928.06 in interest and liquidated damages; and $5,112.34 in attorneys' fees and costs.

        b. Plaintiffs are entitled pursue to all legal remedies to collect this judgment, including, but not limited to, the filing of liens against any litigation in which Defendant is a party. Interest of 10% per annum will accrue on the outstanding amounts owed under the settlement agreement from the date of entry of the stipulated judgment.

    3. The parties further acknowledge that by entering into this stipulation, the Trust Funds in no way waive their right to conduct an audit for the period of time covered by this action or to seek payment of any additional amounts from Defendant if it is discovered that additional unpaid contributions, which are unknown to Plaintiffs at the time of entering into this stipulation, are due and owing.

    4. Nothing in this Stipulation will alter Defendant's ongoing obligations under the collective bargaining agreement, including Defendant's obligations to submit all fringe benefit contributions to the Trust Funds in a timely manner.

    5. If Plaintiffs consult legal counsel with respect to the enforcement of this Judgment, there shall be added to Defendant's obligation under a modification to this Stipulation for Entry of Judgment reasonable attorneys' fees, court costs and all other reasonable expenses incurred by Plaintiffs in connection with such suit or claim, including any and all appellate proceedings therein. The parties stipulate to this Court's continuing jurisdiction, and agree that Plaintiffs may

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER
CASE NO. CV-13-4322-SI

1 seek enforcement of this Stipulation in this Court or in any court of competent jurisdiction under
2 Section 664.6 of the California Code of Civil Procedure and related provisions of federal law.

3      6. Defendant further stipulates and agrees that if Geo Grout, Inc. is sold, this Agreement shall be binding on its successors, heirs, and assigns regardless of whether it changes the name or style or address of the business.

      7. The provisions set forth in this Stipulation for Entry of Judgment are not in violation of any state or federal law. However, if any portion of said stipulation is found to be in violation of any state or federal law, the other portions of this stipulation shall remain in full force and effect.

      8. Plaintiffs and Defendant acknowledge that they have had the opportunity to be represented by independent legal counsel of their own choice throughout all of the negotiations that preceded the execution of this Stipulation for Entry of Judgment. Plaintiffs and Defendant further acknowledge that they have had adequate opportunity to perform whatever investigation or inquiry they may deem necessary in connection with the subject matter of this Stipulation for Entry of Judgment prior to its execution, and agree with the delivery and acceptance of the considerations specified in this Stipulation for Entry of Judgment.

      9. This Stipulation may be executed in counterpart.

//
//
//
//
//
//
//
//
//
//
//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

10. The parties hereto mutually state that they have read the foregoing Stipulation for Entry of Judgment and are fully aware of its contents and legal facts. This stipulation for entry of Judgment constitutes the entire agreement of the parties and is entered into on the dates below indicated.

Dated: January 24, 2014

GEO GROUT, INC., a California Corporation

By: _____
President – Kenneth Tholin

Dated: January 24, 2014

SIMPSON, GARRITY, INNES & JACUZZI
A Professional Corporation

By: _____
PAUL SIMPSON
Attorneys for Defendant

Dated: ~~January~~ February 6, 2014

LABORERS TRUST FUNDS

By: _____
MICHELLE LAUZIERE
Accounts Receivable Manager for Plaintiffs

Dated: ~~January~~ February 6, 2014

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
DANIEL S. BROME
Attorneys for Plaintiffs

## [PROPOSED] ORDER

It is so ordered that Judgment is entered against Defendant Geo Grout, Inc., as set forth in the Stipulation for Entry of Judgment.

Dated: 2/19/2014

The Honorable ~~Susan Illston~~
United States District Court Judge
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

123821/73059740188

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER
CASE NO. CV-13-4322-SI